STRETTO

**Final Claims Register as of 10/1/2026**
Sorted by Claim Number

| Claim No. | Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Date Filed | Total Amount | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | Consolidated Electrical Distributors Inc [CED] | Attn: Louisville Credit | 8012 Vine Crest Ave | Ste 2 | | Louisville | KY | 40222 | 03/31/2025 | $15,786.34 | | | | $15,786.34 |
| 16 | Sunbelt Rentals, Inc | Attn: Kristy Copley | 1275 W Mound St | | | Columbus | OH | 43223 | 04/07/2025 | $7,353.51 | | | | $7,353.51 |
| 38 | Omya, Inc. | Attn: Tammy Imhoff | 4605 Duke Dr | Ste 700 | | Mason | OH | 45040-7626 | 04/23/2025 | $64,842.56 | $32,421.28 | | | $32,421.28 |
| 45 | HYG Financial Services, Inc. | Attn: La Neice Brown | 801 Walnut Street MAC F0006-052 | | | Des Moines | IA | 50309 | 04/28/2025 | $77,398.88 | | $77,398.88 | | |
| 52 | Kentucky Utilities Company | c/o Frost Brown Todd LLP | Attn: Sara L. Abner | 400 West Market Street | Suite 3200 | Louisville | KY | 40202 | 05/05/2025 | $189,600.18 | | | | $189,600.18 |
| 64 | Midwest Mechanical Systems Inc. | | 1633 Reading Road | | | Cincinnati | OH | 45202 | 05/13/2025 | $6,108.16 | | | | $6,108.16 |
| 66 | Symmetry Energy Solutions, LLC | Attn: Jeff Perryman | 9811 Katy Freeway, Suite 1400 | | | Houston | TX | 77024 | 05/13/2025 | $87,935.92 | | | | $87,935.92 |
| 75 | NGT Corporation | Attn: Debra Frances Eyring | 410 S Ware Blvd | Ste 716 | | Tampa | FL | 33619-4456 | 05/15/2025 | $9,877.30 | | | | $9,877.30 |
| 76 | Erdmann Corporation | Attn: Jim Smith | 1900 W Muhammad Ali Blvd | | | Louisville | KY | 40203 | 05/15/2025 | $22,274.64 | | | | $22,274.64 |
| 81 | Thoroughbred Coffee, LLC [Creative Coffees] | c/o Thoroughbred Coffee, LLC | Attn: Brent Johnson | PO Box 160 | | Winchester | KY | 40392 | 05/19/2025 | $2,160.83 | | | | $2,160.83 |
| 82 | Brown Sprinkler Corporation | | 301 Blue Sky Parkway | | | Lexington | KY | 40509 | 05/19/2025 | $4,790.79 | | | | $4,790.79 |
| 103 | Elberta Logistics International Solutions LLC | Attn: Wanda W. Cannon | PO Box 8227 | | | Bainbridge | GA | 39818 | 05/27/2025 | $2,570.00 | | | | $2,570.00 |
| 107 | Donaldson Company Inc | Attn: Scott Woitas, CCE, CICP | 1400 W. 94th St | | | Bloomington | MN | 55431 | 05/29/2025 | $8,924.57 | | | | $8,924.57 |
| 110 | Mitsubishi Chemical America, Inc. | c/o White and Williams LLP | Attn: Heidi J. Sorvino, Christopher Graham | 810 Seventh Avenue | Suite 500 | New York | NY | 10019 | 06/02/2025 | $192,000.00 | | | | $192,000.00 |
| 123 | Thermal Support, Inc. [ Thermal Support, LLC] | | PO Box 268 | | | Hayesville | NC | 28904 | 06/05/2025 | $392.05 | | | | $392.05 |
| 125 | Arkema Inc. | | 900 First Avenue | | | King of Prussia | PA | 19406 | 06/05/2025 | $23,217.08 | | | | $23,217.08 |
| 135 | R&L Carriers, Inc. | Attn: Tina Runyon | 600 Gillam Road | | | Wilmington | OH | 45177 | 06/06/2025 | $28,220.24 | | | | $28,220.24 |
| 139 | Millwood, Inc. | c/o Krugliak, Wilkins, Griffiths & Dougherty Co., L.P.A | Attn: Terry J. Evans | PO Box 36963 | | Canton | OH | 44735-6963 | 06/09/2025 | $29,762.46 | | | | $29,762.46 |
| 150 | ABL OPCO LLC d/b/a Mountain Ridge Capital | Attn: Joe Curdy | 6801 Gaylord Parkway | Ste 202 | | Frisco | TX | 75034 | 06/09/2025 | $0.00 | | | | unliquidated |
| 151 | Bottom Line Concepts LLC | Attn: Andres Advincula | 3323 NE 163rd Street | Suite 302 | | North Miami Beach | FL | 33160 | 06/09/2025 | $196,827.07 | | | | $196,827.07 |
| 187 | Clarke Power Services, Inc. | Attn: Adrienne Custer | 3133 E. Kemper Rd. | | | Cincinnati | OH | 45241 | 09/03/2025 | $999.17 | | | | $999.17 |

STRETTO

**Final Claims Register as of 10/1/2026**

Sorted Alphabetically

| Claim No. | Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Date Filed | Total Amount | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 150 | ABL OPCO LLC d/b/a Mountain Ridge Capital | Attn: Joe Curdy | 6801 Gaylord Parkway | Ste 202 | | Frisco | TX | 75034 | 06/09/2025 | $0.00 | | | | unliquidated |
| 125 | Arkema Inc. | | 900 First Avenue | | | King of Prussia | PA | 19406 | 06/05/2025 | $23,217.08 | | | | $23,217.08 |
| 151 | Bottom Line Concepts LLC | Attn: Andres Advincula | 3323 NE 163rd Street | Suite 302 | | North Miami Beach | FL | 33160 | 06/09/2025 | $196,827.07 | | | | $196,827.07 |
| 82 | Brown Sprinkler Corporation | | 301 Blue Sky Parkway | | | Lexington | KY | 40509 | 05/19/2025 | $4,790.79 | | | | $4,790.79 |
| 187 | Clarke Power Services, Inc. | Attn: Adrienne Custer | 3133 E. Kemper Rd. | | | Cincinnati | OH | 45241 | 09/03/2025 | $999.17 | | | | $999.17 |
| 6 | Consolidated Electrical Distributors Inc [CED] | Attn: Louisville Credit | 8012 Vine Crest Ave | Ste 2 | | Louisville | KY | 40222 | 03/31/2025 | $15,786.34 | | | | $15,786.34 |
| 107 | Donaldson Company Inc | Attn: Scott Woitas, CCE, CICP | 1400 W. 94th St | | | Bloomington | MN | 55431 | 05/29/2025 | $8,924.57 | | | | $8,924.57 |
| 103 | Elberta Logistics International Solutions LLC | Attn: Wanda W. Cannon | PO Box 8227 | | | Bainbridge | GA | 39818 | 05/27/2025 | $2,570.00 | | | | $2,570.00 |
| 76 | Erdmann Corporation | Attn: Jim Smith | 1900 W Muhammad Ali Blvd | | | Louisville | KY | 40203 | 05/15/2025 | $22,274.64 | | | | $22,274.64 |
| 45 | HYG Financial Services, Inc. | Attn: La Neice Brown | 801 Walnut Street MAC F0006-052 | | | Des Moines | IA | 50309 | 04/28/2025 | $77,398.88 | | $77,398.88 | | |
| 52 | Kentucky Utilities Company | c/o Frost Brown Todd LLP | Attn: Sara L. Abner | 400 West Market Street | Suite 3200 | Louisville | KY | 40202 | 05/05/2025 | $189,600.18 | | | | $189,600.18 |
| 64 | Midwest Mechanical Systems Inc. | | 1633 Reading Road | | | Cincinnati | OH | 45202 | 05/13/2025 | $6,108.16 | | | | $6,108.16 |
| 139 | Millwood, Inc. | c/o Krugliak, Wilkins, Griffiths & Dougherty Co., L.P.A | Attn: Terry J. Evans | PO Box 36963 | | Canton | OH | 44735-6963 | 06/09/2025 | $29,762.46 | | | | $29,762.46 |
| 110 | Mitsubishi Chemical America, Inc. | c/o White and Williams LLP | Attn: Heidi J. Sorvino, Christopher Graham | 810 Seventh Avenue | Suite 500 | New York | NY | 10019 | 06/02/2025 | $192,000.00 | | | | $192,000.00 |
| 75 | NGT Corporation | Attn: Debra Frances Eyring | 410 S Ware Blvd | Ste 716 | | Tampa | FL | 33619-4456 | 05/15/2025 | $9,877.30 | | | | $9,877.30 |
| 38 | Omya, Inc. | Attn: Tammy Imhoff | 4605 Duke Dr | Ste 700 | | Mason | OH | 45040-7626 | 04/23/2025 | $64,842.56 | $32,421.28 | | | $32,421.28 |
| 135 | R&L Carriers, Inc. | Attn: Tina Runyon | 600 Gillam Road | | | Wilmington | OH | 45177 | 06/06/2025 | $28,220.24 | | | | $28,220.24 |
| 16 | Sunbelt Rentals, Inc | Attn: Kristy Copley | 1275 W Mound St | | | Columbus | OH | 43223 | 04/07/2025 | $7,353.51 | | | | $7,353.51 |
| 66 | Symmetry Energy Solutions, LLC | Attn: Jeff Perryman | 9811 Katy Freeway, Suite 1400 | | | Houston | TX | 77024 | 05/13/2025 | $87,935.92 | | | | $87,935.92 |
| 123 | Thermal Support, Inc. [ Thermal Support, LLC] | | PO Box 268 | | | Hayesville | NC | 28904 | 06/05/2025 | $392.05 | | | | $392.05 |
| 81 | Thoroughbred Coffee, LLC [Creative Coffees] | c/o Thoroughbred Coffee, LLC | Attn: Brent Johnson | PO Box 160 | | Winchester | KY | 40392 | 05/19/2025 | $2,160.83 | | | | $2,160.83 |